**INITIAL APPEARANCE MINUTES:**

| | |
|---|---|
| Time set: 11:30 a.m. | Date: February 16, 2021 |
| Start Time: 11:43 am | Presiding Judge: Robert J. Krask |
| End Time: 11:50 AM | Courtroom Deputy: J. Jones |
| | Reporter: FTR |
| Split Time ( ) | U.S. Attorney: Joe DePadilla, AUSA |
| | Defense Counsel: |
| | ( ) Retained ( ) Court appointed ( ) AFPD |
| | Interpreter: |

Case Number: 2:21mj53
USA v. Jonathan Gennaro Mellis

( x ) Deft. Present ( x ) custody ( ) not in custody
( x ) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
      ( ) Criminal Information ( x ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( x ) Defendant consented to video proceedings. Order entered and filed
( x ) Deft. advised of rights, charges and right to counsel
(X) Counsel desired ( ) Defendant to retain: _____
( ) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
(X) Financial Affidavit filed in open Court
(X) Court (X) Directed ( ) Denied appointment of counsel
(X) __Keith Kimball__, AFPD present. FPD appointed in open court
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only) (x) △ admitted identity
( ) Commitment to Another District entered and filed in open court
(X) (X) Preliminary ( ) Removal Hearing set for __2/19/21__ at __2:00pm__ before __RJK__ U.S. Magistrate Judge in __Zoom__.
( ) Preliminary Hearing          ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
(X) Government motion for Detention ( ) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
(x) Detention Hearing scheduled for __2/19/21__ at __2:00pm__ before __RJK- Zoom__.
( ) Detention Hearing ( ) Held ( ) Waived in _____.
(X) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ _____
( ) Special Conditions of Release: **(See Page 2)**
(X) Deft. remanded to custody of U. S. Marshal
( ) Warrant returned executed and filed in open court
( ) Defendant is directed to appear on _____ at _____ for
      ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
      ( ) Norfolk ( ) Newport News
( ) _____
( ) _____